24-08. We have argument from the Plaintiff Appellant only. Thank you, Vic. It's already on, sir. Just come on up. I don't know where to start. I have never, my name is Mohammed Khokhar. I have never been arrested by any police or undercover officer in my life. And I have been, I will be 90 years next May. That's what. OK. My, excuse me, my miserable life started when two guys walked into doctor's office. I was doing some paperwork. They knocked the door and I opened the door and they rushed into the office. No badges, no nothing. I don't know. They are coming to whatever they are doing. So, where is the doctor? Where is the doctor? Doctor is not here. OK, here, here, here. Try to open all the doors here, there. OK, no doctor. You come with us. I could not say no, because I don't want to argue with anybody. OK, I have nothing to lose. So, I locked the door and they said, sit in the car. Push me by putting, one of them put his hand and I have never been in the backseat in my car. So, I was trying to see how I can sit down in the backseat. So, he pushed me so hard because he was looking for the doctor. He was so mad. He pushed it and then pushed it left and right and I got almost knocked down in the backseat. Where am I going? I could hardly ask or take you to the prison. They took me to the prison. Mr. Cokart, here is our problem. Our problem isn't whether you were injured. Our problem is that we are only allowing... Turn the volume up a little bit. I can hardly hear. Judge Calabresi, let me maybe ask the question I think you are going to explain. We understand that this bad thing happened to you. But we have rules about the time when we can hear a case. I have written in my case, most of it, which I hate to repeat all that language. We have your written papers that we will be reading as well. So, finally the case started with the doctor and I was part of it. So, I think what Judge Calabresi would like to know is why it's not... Can you hear me? Not really. Can you hear me if I don't use the microphone? Is that better or worse? Better on the phone, yes. Okay, this is better. Can you hear me? I even talked to my doctor on the phone. Okay. We both... Why is it not too late? Why not? Too late for your case. Because this was 10 years ago now, right? Yeah, but that case took more than 10 years to finalize with the jury trial. Okay. For which I was virtually... I had a virtual deposition with Judge Alyssa Jacobs on January 13, 2023. But for some reason, she asked me a lot of questions and I said, Yes, I am taking medication for my problem and it is getting worse. So, my guess that I can prove it because I have medical record. I checked into the hospital one day, I could not walk. I could not stand still. So, they kept me there for 3-4 days, treated whatever they could, and then say outpatient and go for CAT scan for my head. And you've given us that information in your papers, right? I have all the information. Okay, so we have your time... So, now... Sir, one minute. Your time is nearly up, so just a little bit more time, okay? Your time is done to argue. Oh my God, I don't know what to do. I cannot make out. Just wrap it up to finish your argument. Thank you. Just give a little more, just a little more time. My time is up? Yeah, just keep talking a few more minutes. Keep going. Just a little more time. Yeah. So, with all the tests and everything else, now I know that what happened to me. And that's why it was so late. My dizziness and my very bad dizziness is because of there are four arteries in the neck, and one of them is damaged. Okay. So, that damage has taken so much time. After the diagnostic test and everything else, I have come to the conclusion that it was done with a... English is my second language, so I don't want to use harsh words.  But it is all written in there, in my case. Okay. Thank you, sir. That's very helpful. Thank you. You're welcome. All right. Thank you. All right. Thank you. Yeah, I'm due for knee replacement. My cardiologist said my heart is good, and they can make me die and revive later on. Thank you, sir. Thank you very much for listening. All right. Thank you, everybody. We will take all matters. They're all submitted. We'll reserve our decision.